In the Matter of the Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO, under Chapter 844 of the Laws of 1926, for a Determination That Public Safety Requires the Elimination of the Crossings at Grade of Colvin Street and the Railroad of the Erie Railroad Company and of Colvin Street and the New York, Lackawanna and Western Railway, etc., in Said City.

THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant; THE GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO and Another, Respondents.

Fourth Department, June 27, 1934.

*H. W. Huntington,* for the appellant.

*De Witt Clinton,* for the respondent Grade Crossing and Terminal Station Commission of the City of Buffalo.

*George L. Grobe, Corporation Counsel [Jeremiah J. Hurley, Assistant Corporation Counsel,* of counsel], for the City of Buffalo.

PER CURIAM. We deem it prejudicial to appellant's rights in this proceeding that a hearing and notice thereof were not given to it prior to the granting by the Public Service Commission of the amending order of July 21, 1931. We do not pass upon the correctness of the order in any other respect.

All concur. Present — SEARS, P. J., TAYLOR, THOMPSON, CROSBY and LEWIS, JJ.

Order denying motion for a rehearing reversed on the law, with ten dollars costs and disbursements, and matter remitted to the Public Service Commission for a hearing upon notice to all parties. Appeal from *ex parte* order of July 21, 1931, dismissed, without costs.